# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 20 B 02887 |
| | ) | |
| LIBNY MORENO, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

## NOTICE OF MOTION OF SANTANDER CONSUMER USA INC. TO MODIFY AUTOMATIC STAY

VIA ELECTRONIC NOTICE:

To:    Gina B. Krol, Esq. (Trustee)    David M. Siegel, Esq. (Debtor's Counsel)
Cohen & Krol    David M. Siegel & Associates
105 West Madison Street, Suite 1100    790 Chaddick Drive
Chicago, Illinois 60602    Wheeling, Illinois 60090

VIA U.S. MAIL:

To:    Libny Moreno (Debtor)
3936 Starboard Drive
Hanover Park, Illinois 60133

Please take notice that on the 13th day of March, 2020 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, or any judge sitting is his/her stead, in Courtroom 240 of the Kane County Courthouse, 100 South Third Street, Geneva, Illinois, and then and there present the attached *Motion of Santander Consumer USA Inc. to Modify Automatic Stay*, which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Respectfully submitted,

SANTANDER CONSUMER USA INC.,
Creditor,

By: ___/s/ Cari A. Kauffman___
One of its attorneys

David J. Frankel. (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on this 3rd day of March, 2020, before the hour of 5:00 p.m.

                                                                                          /s/ Cari A. Kauffman

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 20 B 02887 |
| | ) | |
| LIBNY MORENO, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**MOTION OF SANTANDER CONSUMER USA INC.
TO MODIFY AUTOMATIC STAY**

SANTANDER CONSUMER USA INC. ("Santander"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2020), and such other Sections and Rules may apply, to enter an Order modifying the automatic stay provided therein. In support thereof, Santander states as follows:

1. On January 31, 2020, Libny Moreno ("Debtor") filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

2. Santander is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2015 GMC Terrain motor vehicle bearing a Vehicle Identification Number of 2GKALMEK4F6187745 (the "Vehicle"). (See Ex. "A").

3. The current total outstanding balance due to Santander from the Debtor for the Vehicle is $20,276.23.

4. Debtor has failed to provide Santander with proof of full coverage insurance for the Vehicle listing Santander as the lienholder/loss payee and has failed to make required payments to Santander due on and after July 22, 2019.

5. On or about February 17, 2020, Debtor abandoned the Vehicle at a dealership.

6. As such, coupled with the Debtor's stated intent to surrender, Santander seeks relief from the automatic stay so that Santander may take possession of and sell the Vehicle and apply the sales proceeds to the balance due from Debtor.

7. Debtor has not offered, and Santander is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtor has no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtor.

8. Santander will suffer irreparable injury, harm, and damage should it be delayed in taking possession of the Vehicle and foreclosing its security interest therein.

9. Santander requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** Santander Consumer USA Inc. respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay provided by Section 362 of the Bankruptcy Code to permit Santander to take immediate possession of and foreclose its security interest in the 2015 GMC Terrain motor vehicle bearing a Vehicle Identification Number of 2GKALMEK4F6187745; and, for such other, further, and different relief as this Court deems just and proper.

Respectfully submitted,

SANTANDER CONSUMER USA INC.,
Creditor,

By: ___/s/ Cari A. Kauffman___
One of its attorneys

David J. Frankel. (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)